FILED
2010 DEC 16 PM 2:34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 07-53248 |
| **ROGER DALE VANNOY II** | ) | |
| **TABITHA MARIE VANNOY** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **RECOVERY MANAGEMENT SYSTEMS**
    **Check No. 760113**
    **Claim #05-1**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $41.57 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 768404*
*receipt # 81998*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ROGER DALE VANNOY II**  
**1335 LOUISIANA AVENUE**  
**AKRON, OH 44314**  
(Via Regular Mail)

**TABITHA MARIE VANNOY**  
**1335 LOUISIANA AVENUE**  
**AKRON, OH 44314**  
(Via Regular Mail)

**ANTHONY J COSTELLO** (via ECF)

**RECOVERY MANAGEMENT SYSTEMS**  
**4025 ERIE STREET SOUTH**  
**PO BOX 755**  
**MASSILLON, OH 44646**  
(via Regular Mail)

Date of Service: **12/13/2010**     By: **JoAnn Romig**  
Office of the Chapter 13 Trustee

**CHAPTER 13**  
Keith L. Rucinski  
Trustee  
1 Cascade Plaza  
Suite 2020  
Akron, Oh 44308  
(330) 762-6335  
Fax  
(330) 762-7072  
Email  
rucinski@ch13akron.com